

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2016

No. 04-16-00675-CV

Tom **RETZLAFF**,
Appellant

v.

Philip R. **KLEIN**, Klein Investigations & Consulting and James W. Landess,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-17145
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

On November 4, 2016, this court ordered appellant to file written proof that the fee for preparing the clerk's record had been paid. On November 14, 2016, appellant filed a letter attaching a copy of an email from the trial court clerk acknowledging payment was made. It is therefore ORDERED that the clerk's record be filed in this appeal no later than ten days from the date of this order. Appellant's brief must be filed no later than twenty days after the date the clerk's record is filed, and appellee's brief must be filed no later than twenty days after the date the appellant's brief is filed.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court